# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

EZEQUIEL A. OROZCO,

Petitioner,

v.

FCI FORT DIX WARDEN,

Respondent.

CIV. NO. 23-20826 (RMB)

**MEMORANDUM ORDER**

RENÉE MARIE BUMB, Chief United States District Judge

Petitioner Ezequiel A. Orozco, a federal inmate incarcerated in the Federal Correctional Institution in Fort Dix, New Jersey ("FCI Fort Dix"), filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 seeking retroactive application of First Step Act time credits that he earned prior to entry of his immigration final order of removal. ("Petition" Dkt. No. 1.) Respondent filed an answer in opposition to habeas relief (Answer, Dkt. No. 4.) This matter comes before the Court upon Respondent's letter request to dismiss the Petition as moot. ("Letter Request" Dkt. No. 11.) For the reasons set forth below, the Court will dismiss the Petition.

## I.    BACKGROUND

Petitioner alleges that he is entitled to restoration of his First Step Act time credits earned prior to entry of an immigration final order of removal against him.

1

(Petition ¶ 13.)  Respondents contend Petitioner was released from custody upon expiration of his sentence, therefore, his Petition is moot.  (Attachment to Letter Request, Dkt. No. 12 at 2.)

## II.    DISCUSSION

A habeas corpus petition under § 2241 must present a live "case" or controversy" under Article III of the U.S. Constitution.  A case becomes moot when intervening events eliminate the petitioner's personal stake in the outcome or when the court can no longer provide meaningful relief.  *Blanciak v. Allegheny Ludlum Corp.*, 77 F.3d 690, 698 (3d Cir. 1996).  In this case, the Federal Bureau of Prisons released Petitioner from custody. Because no case or controversy remains, the Petition is moot.

**IT IS, therefore, on this <u>23rd day of June 2026</u>,**

**ORDERED** that the Petition, Dkt. No. 1, is **DISMISSED** as moot; and it is further

**ORDERED** that the Clerk shall serve a copy of this Memorandum Order on Petitioner at his last known address; and it is further

**ORDERED** that the Clerk shall **CLOSE** this matter.

s/Renée Marie Bumb
RENÉE MARIE BUMB
Chief United States District Judge

2